# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

---

DUKENS JEROME, )
)
      *Plaintiff*, )
)
v. )   Civil Action No.:
)
THE CITY OF NEW YORK, et al. )
)   **CV 17 - 3583**
      *Defendants* )

---

**CHEN, J.**

**GOLD, M.J.**

## SUMMONS IN A CIVIL ACTION

To:    The City of New York
        Corporation Counsel
        100 Church Street
        New York, New York 10038

A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

        Michael P. Mangan
        MANGAN GINSBERG LLP
        80 Maiden Lane, Suite 304
        New York, New York 10038
        (212) 248-2170

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                  CLERK OF COURT

Date:  **JUN 14 2017**                                                 *Signature of Clerk or Deputy Clerk*

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 14 2017 ★

BROOKLYN OFFICE